STATE OF NEW JERSEY IN THE INTEREST OF G.W.

October 29, 1985.

Petition for certification denied.   (See 206 *N.J.Super.* 50)

STATE OF NEW JERSEY IN THE INTEREST OF C.C.

October 29, 1985.

Petition for certification denied.   (See 206 *N.J.Super.* 50)

DAVEA FISHER v. CHUBB & SON, INC. AND AERO
MAYFLOWER TRANSIT COMPANY, INC.

October 29, 1985.

Petition for certification denied.

K.P., P.D., E.M., B.J. v. GEORGE ALBANESE.

October 29, 1985.

Petition for certification denied.   (See 204 *N.J.Super.* 166)